IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN McCLINTON, | No. C 11-06367 JSW |
| Plaintiff, | **INTERIM ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS AND ORDER DIRECTING PLAINTIFF TO PROVIDE CONTACT INFORMATION** |
| v. | |
| FACEBOOK, INC., | |
| Defendants. | |

On December 15, 2011, Plaintiff filed a Notice of Lawsuit, which liberally construed asserts various claims for relief against Defendant, a Motion for Joinder, and an Application to Proceed in Forma Pauperis.[1] The Court HEREBY ADVISES Plaintiff that her papers do not comply with Northern District Civil Local Rule 3-4(a)(1), which requires that the first page of each paper presented for filing must include not only her name, but also her address, telephone number, and email address. In addition, under Northern District Local Rule 3-11(a), a party proceeding *pro se* whose address changes while an action is pending must notify the Court and opposing parties of that address change. If mail directed to a *pro se* party has been returned to the Court as not deliverable, and the Court fails to receive written notice within 60 days of this return a written communication from the *pro se* party that indicates a current address, the Court may dismiss a complaint without prejudice.

---

[1] Plaintiff's Notice of Lawsuit and Motion for Joinder is similar to a number of other pro se complaints that have recently been filed in this District. *See, e.g., Guyon v. Facebook*, 11-CV-5701-JSW.

1    Plaintiff is HEREBY ORDERED to provide the Court with a current mailing address, phone number and email address by February 24, 2011.  If Plaintiff fails to comply with this Order, the Court shall dismiss this case without prejudice.

    The Court also cannot make a determination on Plaintiff's application to proceed *in forma pauperis*, because it fails to include any information about: (1) Plaintiff's prior employment information, including any gross and net monthly salary and wages, if any; (2) the name and address of the bank in which Plaintiff apparently has a checking account; (3) Plaintiff's current debts and obligations (without listing account numbers), if any; and (4) any and all monthly expenses for which Plaintiff is responsible.  If Plaintiff wishes to have the Court consider her application further, she must submit a new application that includes the missing information by February 24, 2011.  If the Court fails to submit a new application to proceed in forma pauperis, the Court shall deny the application.

    Finally, because the Court has no address for Plaintiff, it has no means of serving Plaintiff.  Therefore it shall file this Order electronically.  Defendant declined to proceed before a Magistrate Judge and, thus, apparently has notice of this lawsuit.  If Defendant has an address for Plaintiff, the Court HEREBY ORDERS Defendant to serve a copy of this Order on Plaintiff and to file proof of such service with the Court.

    **IT IS SO ORDERED.**

Dated:  December 22, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE