1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN MCCLINTON, ) | Case No.: 5:11-CV-06367 EJD |
| ) | |
| Plaintiff, ) | **ORDER DENYING MOTION FOR** |
| ) | **JOINDER** |
| v. ) | |
| ) | **(Re: Docket No. 1)** |
| FACEBOOK INC., ) | |
| ) | |
| Defendant. ) | |

Before the court is Plaintiff's Motion for Joinder pursuant to Fed. R. Civ. P. 20(a)(1). For the reasons discussed below, the motion is DENIED.

## I. BACKGROUND

On December 15, 2011, Plaintiff filed the Complaint in this action. Also on December 15, 2011, Plaintiff filed this Motion for Joinder. On January 11, 2012, the court determined that this case is related to the following cases: 11-CV-5699, 11-CV-5700, 11-CV-5701, 11-CV-5763, 11-CV-5764. On January 26, 2012, the court determined that case number 11-CV-06445 is also related to these six cases.

## II. LEGAL STANDARDS

Pursuant to Fed. R. Civ. P. 20(a)(1), persons may join in one action as plaintiffs if: (a) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (b) any question of law or fact common to all plaintiffs will arise in the action.

1

Case No.: 5:11-CV-06367 EJD
ORDER DENYING MOTION FOR JOINDER

# III. DISCUSSION

The court is unable to determine from Plaintiff's motion what joinder she seeks. Plaintiff's motion states that she "makes this request for joinder, due to the efficiency it would provide to this Court. As to the related dispute before this Court against Facebook Inc." Docket No. 1. Plaintiff, however, has not identified any additional plaintiffs she seeks to join in this action. Thus, Plaintiff has not provided sufficient information to the court to demonstrate that the requirements of Rule 20(a)(1) are satisfied.  Accordingly,

IT IS HEREBY ORDERED that the motion for joinder is DENIED.

Dated: February 7, 2012

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
For the Northern District of California

2

Case No.: 5:11-CV-06367 EJD
ORDER DENYING MOTION FOR JOINDER