IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN MCCLINTON,<br><br>                Plaintiff(s),<br>  v.<br><br>FACEBOOK, INC.,<br><br>                Defendant(s). | CASE NO. 5:11-cv-06367 EJD<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On December 22, 2011, the court ordered Plaintiff Karen McClinton to submit, no later than February 24, 2011, a new application to proceed in forma pauperis due to insufficiencies in the application originally filed by Plaintiff. See Docket Item No. 8. The court also ordered Plaintiff to provide a current address, phone number and email address by February 24, 2011. See id. Plaintiff was advised that this case would be dismissed without prejudice should she fail to comply as directed. See id.

Although over a month has passed since the deadline imposed by the court, Plaintiff has failed to comply. She did not supply updated contact information nor did she present a new application to proceed in forma pauperis or pay the filing fee. Indeed, Plaintiff has not taken any action since this case was commenced.

Accordingly, the court orders this case DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 29, 2012

                                            EDWARD J. DAVILA
                                            United States District Judge